IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 00-SC-707 DSD / JMM

UNITED STATES OF AMERICA *ex rel.* JON BUNN, PATRICK McPARLAN, CURTIS RYLANDER, GARY TANKERSLEY, and TANYA TAYLOR,

Plaintiffs,

v.

EDUCATION MANAGEMENT CORPORATION, ROBERT B. KNUTSON, ROBERT T. GIOELLA, JOHN R. MCKERNAN, JR., ROBERT T. MCDOWELL, MIRYAM L. KNUTSEN, JAMES J. BURKE, JR., ALBERT GREENSTONE, ROBERT H. ATWELL, WILLIAM M. CAMPBELL, III, JAMES S. PASMAN, JR., DANIEL M. FITZPATRICK and ARTHUR ANDERSEN LLP,

Defendants.

**ORDER GRANTING**
**MOTION FOR LEAVE TO WITHDRAW AS RELATORS' COUNSEL**

The Court, having considered the Motion and the grounds set forth therein, together with memorandum in support of the Motion for Leave To Withdraw As Counsel of Record filed by Scott D. Levy, Attorney At Law ("Levy"), co-counsel for Relators, finds that there will be no prejudice to Relators by Levy's withdrawal, nor will there be any delay in the prosecution of the case resulting from such withdrawal.



FILED 3-19-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Levy's motion for leave to withdraw as counsel is hereby GRANTED.

Signed in Minneapolis, Minnesota on this 18th day of March, 2002.

UNITED STATES DISTRICT JUDGE