UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-707(DSD/SRN)

Jon Bunn, et al.,

Plaintiffs,

v.

**ORDER OF DISMISSAL**

Education Management
Corporation, et al.,

Defendants.

Based on this court's previous order and having received no response from counsel,

**IT IS ORDERED** that this case is dismissed, without prejudice, for lack of prosecution.

Dated: August 21, 2002

David S. Doty, Judge
United States District Court

FILED 8-22-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 8-22-02
Deputy Clerk's Initials ____