# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jon Bunn, et al

v.

Education Management
Corporation, et al

Case No. Civil 00-707 DSD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The above-entitled civil action is dismissed, without prejudice, for lack of prosecution.

DATE: August 22, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

27